In the Matter of the Application of SOUND REALTY COMPANY v. GEORGE P. NICHOLSON, as Corporation Counsel of the City of New York. PAUL WINDELS. as Corporation Counsel, etc.; SOUND REALTY COMPANY. In the Matter of the Application of ISAAC LEFKOWITZ v. GEORGE P. NICHOLSON, as Corporation Counsel, etc. PAUL WINDELS, as Corporation Counsel, etc.; ISAAC LEFKOWITZ.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Glennon, Dore, Cohn and Callahan, JJ.

In the Matter of the Liquidation of NEW YORK TITLE AND MORTGAGE COMPANY.— Order resettled and filed. Motion for leave to appeal to the Court of Appeals granted to the extent indicated in the order. [See ante, p. 415.] Motion for reargument denied. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

---

## (July 2, 1937.)

ABRAHAM ROZMAN v. JOSEPH CHROMOW and Another.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay granted, pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellants' filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., Glennon, Dore, Cohn and Callahan, JJ.

In the Matter of the Application for the Appointment of a Committee of the Person and Property of SARA M. FRANK, an Alleged Incompetent Person; BERTHA BRODLEY; SARA M. FRANK; JOHN F. KEATING.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs, and stay vacated. Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

JOHN O'KEEFE and Others v. LOCAL 463 OF THE UNITED ASSOCIATION OF PLUMBERS AND GAS FITTERS OF THE UNITED STATES AND CANADA, etc., and Others. — Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay granted, pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellants' filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

STATE STREET TRUST COMPANY v. ALWIN C. ERNST and Others.— Motion for leave to appeal to the Court of Appeals denied, with ten dollars costs. Motion for a stay granted, pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertaking required by section 593 of the Civil Practice Act. Present — Martin, P. J., O'Malley, Dore, Cohn and Callahan, JJ.

ELSIE HAND v. THE EQUITABLE LIFE ASSURANCE SOCIETY OF THE UNITED STATES.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Present — Martin, P. J., O'Malley, Townley, Glennon and Untermyer, JJ.

GASPAR RUSSO, an Infant, by ANNA RUSSO, His Guardian ad Litem, v. HUISKING HOLDING CORP. and Others, Impleaded with BLUE KITCHENS, INC.— Motion for leave to appeal to the Court of Appeals or for a reargument denied, with ten dollars costs. Motion for a stay granted pending the granting or final refusal by the Court of Appeals of leave to appeal, upon appellant's filing the undertaking